AO 133 (Rev. 07/24) Bill of Costs

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | | |
|---|---|---|---|
| JOHN LAPIKAS | ) | | |
| v. | ) | Case No.: | 23-14323-CIV-CANNON |
| MARINER SANDS COUNTRY CLUB | ) | | |

## BILL OF COSTS

Judgment having been entered in the above entitled action on __June 17, 2025__ against __John Lapikas__,
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk ............................................................... | $ |
| Fees for service of summons and subpoena ................................................. | 121.00 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case ...... | 4,395.81 |
| Fees and disbursements for printing ....................................................... | |
| Fees for witnesses *(itemize on page two)* ..................................................... | 80.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. ................................................... | |
| Docket fees under 28 U.S.C. § 1923 ...................................................... | |
| Costs as shown on Mandate of Court of Appeals ............................................. | |
| Compensation of court-appointed experts .................................................. | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. § 1828 .... | |
| Other costs *(please itemize)* ............................................................... | 857.50 |
| TOTAL $ | 5,454.31 |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

[✓] Electronic service    [ ] First class mail, postage prepaid
[ ] Other:

s/ Attorney: /s/ Angelique Lyons
Name of Attorney: Angelique Lyons
For: Mariner Sands Country Club, Inc.    Date: 07/17/2025
*Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

_____ By: _____ _____
Clerk of Court            Deputy Clerk            Date

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. § 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME, CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | TRAVEL | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Expenses/ Miles | Total Cost | |
| John Moran, Stuart, Florida | 1 | 40.00 | | | | | $40.00 |
| Richard Myers, Stuart, Florida | 1 | | | | | 40.00 | $40.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $80.00 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
    Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 days' notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service. When a party may or must act within a specified time after being served and service is made under Rule 5(b)(2)(C) (mail), (D) (leaving with the clerk), or (F) (other means consented to), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

    Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

Print    Save As...    Reset

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO.: 23-14323-CIV-CANNON/Maynard

JOHN LAPIKAS,

    Plaintiff,

v.

MARINER SANDS COUNTRY CLUB, INC.,

    Defendant.
_____/

**BILL OF COST-EXHIBIT 1**
**FEES FOR SERVICE OF SUMMONS AND SUBPOENA**

| PROCESS SERVER | DATE OF PAYMENT | PERSON/ENTITY SERVED | FEE |
|---|---|---|---|
| Williams Process Service | 07/03/2024 | Richard Myers | $73.00 |
| Williams Process Service | 06/21/2024 | John Moran | $48.00 |

                                                                 **TOTAL:**    **$121.00**

Invoice ID: 0500-1763-1859

Williams Process Service, Inc.  **INVOICE**  Invoice #WPS-2024013149
721 US Highway 1  7/2/2024
Suite 121
North Palm Beach, FL 33408
Phone: (561) 881-1442
Fax: (561) 881-1672
Tax I.D.: 65-1026001

Eric L. Craft, Esquire
Constangy, Brooks, Smith & Prophete
100 North Tampa Street
Suite 3350
Tampa, FL 33602

**Case Number: Southern 23-14323-CIV-CANNON**

Plaintiff,:
**JOHN LAPIKAS,**

Defendant,:
**MARINER SANDS COUNTRY CLUB, INC.,**

Received: 6/10/2024   Served: 7/2/2024 9:54 am  .INDIVIDUAL/PERSONAL
To be served on: Richard Myers

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Served | 1.00 | 0.00 | 0.00 |
| Witness Fee | 1.00 | 40.00 | 40.00 |
| Phone search | 1.00 | 25.00 | 25.00 |
| Gas Surcharge | 1.00 | 3.00 | 3.00 |
| Service Fee | 1.00 | 45.00 | 45.00 |
| TOTAL CHARGED: | | | $113.00 |

**BALANCE DUE:**  **$113.00**

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a

Page 1 / 1

Invoice ID: 0500-1754-0528

Williams Process Service, Inc.  
721 US Highway 1  
Suite 121  
North Palm Beach, FL 33408  
Phone: (561) 881-1442  
Fax: (561) 881-1672  
Tax I.D.: 65-1026001

**INVOICE**

Invoice #WPS-2024013148  
6/19/2024

Eric L. Craft, Esquire  
Constangy, Brooks, Smith & Prophete  
100 North Tampa Street  
Suite 3350  
Tampa, FL 33602

**Case Number: Southern 23-14323-CIV-CANNON**

Plaintiff,:  
**JOHN LAPIKAS,**

Defendant,:  
**MARINER SANDS COUNTRY CLUB, INC.,**

Received: 6/10/2024   Served: 6/19/2024 11:55 am  .INDIVIDUAL/PERSONAL  
To be served on: John Moran

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Served | 1.00 | 0.00 | 0.00 |
| Witness Fee | 1.00 | 40.00 | 40.00 |
| Gas Surcharge | 1.00 | 3.00 | 3.00 |
| Service Fee | 1.00 | 45.00 | 45.00 |
| TOTAL CHARGED: | | | $88.00 |

**BALANCE DUE:** **$88.00**

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a

Page 1 / 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO.: 23-14323-CIV-CANNON/Maynard

JOHN LAPIKAS,

    Plaintiff,

v.

MARINER SANDS COUNTRY CLUB, INC.,

    Defendant.
_____/

BILL OF COST - EXHIBIT 2
COURT REPORTER FEES/TRANSCRIPT COSTS

| COURT REPORTER | DATE OF PAYMENT | PERSON DEPOSED | COURT REPORTER FEE/TRANSCRIPT COST |
|---|---|---|---|
| Veritext Legal Solutions | 04/15/2024 | John Lapikas | $495.00 |
| Veritext Legal Solutions | 05/02/2024 | John Lapikas | $665.00 |
| Esquire Deposition Solutions | 05/21/2024 | Rick Orsi | $431.85 |
| Veritext Legal Solutions | 12/19/2024 | John Lapikas | $435.00 |
| Veritext Legal Solutions | 07/11/2024 | John Lapikas | $1,329.20 |
| Veritext Legal Solutions | 07/24/2024 | John Moran | $322.36 |
| Veritext Legal Solutions | 07/24/2024 | Richard Myers | $717.40 |

**TOTAL:**    **$4,395.81**

**Veritext Corporate Services LLC**

Tel. 973-410-4098 Email: Billing-Corp@veritext.com
Fed. Tax ID: 20-3457913



| Bill To: | | Invoice #: | 7337683 |
|---|---|---|---|
| | CNA Insurance | Invoice Date: | 4/15/2024 |
| | PO Box 8316 | Balance Due: | $495.00 |
| | Chicago, IL, 60601 | | |

**Case: Lapikas, John v. Mariner Sands Country Club, Inc. (2314323civCANNON)**    **Proceeding Type: Depositions**

Job #: 6428100   |   Job Date: 4/12/2024   |   Delivery: Expedited        Claim #: NPA21367

Location:   Port Saint Lucie, FL         Insured: Kelly McGinn

Billing Atty:

Scheduling Atty:   Angelique Groza Lyons Esq | Constangy Brooks Smith & Prophete LLP

| Witness: John Lapikas , Vol. II | Quantity | Price | Amount |
|---|---|---|---|
| Attendance - No Transcript Ordered | 1.00 | $75.00 | $75.00 |
| Attendance - No Transcript Ordered Add'l Hours | 9.00 | $40.00 | $360.00 |
| Attendance - Non-Standard Bus Hrs Surcharge | 3.00 | $20.00 | $60.00 |

| Notes: | | |
|---|---|---|
| | Invoice Total: | $495.00 |
| | Payment: | $0.00 |
| | Credit: | $0.00 |
| | Interest: | $0.00 |
| | Balance Due: | $495.00 |

TERMS:   Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**THIS INVOICE IS 457 DAYS PAST DUE, PLEASE REMIT - THANK YOU**

| Remit to: | Pay By ACH (Include invoice numbers): | Invoice #:  7337683 |
|---|---|---|
| Veritext | **A/C Name:** Veritext | |
| P.O. Box 71303 | **Bank Name:** BMO Harris Bank | Invoice Date:  4/15/2024 |
| Chicago IL 60694-1303 | **Account No:** 4353454  **ABA:** 071000288 | |
| Fed. Tax ID: 20-3457913 | **Swift:** HATRUS44 | Balance Due:  $495.00 |

Pay by Credit Card: www.veritext.com

229485

**Veritext Corporate Services LLC**

Tel. 973-410-4098 Email: Billing-Corp@veritext.com
Fed. Tax ID: 20-3457913



| Bill To: | | Invoice #: | 7386563 |
|---|---|---|---|
| | CNA Insurance | Invoice Date: | 5/2/2024 |
| | PO Box 8316 | Balance Due: | $665.00 |
| | Chicago, IL, 60601 | | |

| **Case: Lapikas, John v. Mariner Sands Country Club, Inc. (2314323civCANNON)** | **Proceeding Type: Depositions** |
|---|---|

Job #: 6428100   |   Job Date: 4/12/2024   |   Delivery: Normal                                    Claim #: NPA21367

Location:          Port Saint Lucie, FL                                                                          Insured: Kelly McGinn

Billing Atty:

Scheduling Atty:   Angelique Groza Lyons Esq | Constangy Brooks Smith & Prophete LLP

| **Witness: John Lapikas , Vol. II** | **Quantity** | **Price** | **Amount** |
|---|---|---|---|
| Conference Suite & Amenities | 1.00 | $665.00 | $665.00 |

| Notes: | | **Invoice Total:** | **$665.00** |
|---|---|---|---|
| | | **Payment:** | **$0.00** |
| | | **Credit:** | **$0.00** |
| | | **Interest:** | **$0.00** |
| | | **Balance Due:** | **$665.00** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**THIS INVOICE IS 440 DAYS PAST DUE, PLEASE REMIT - THANK YOU**

| **Remit to:** | **Pay By ACH (Include invoice numbers):** | **Invoice #:** | **7386563** |
|---|---|---|---|
| Veritext | **A/C Name:** Veritext | | |
| P.O. Box 71303 | **Bank Name:** BMO Harris Bank | **Invoice Date:** | **5/2/2024** |
| Chicago IL 60694-1303 | **Account No:** 4353454 **ABA:** 071000288 | | |
| Fed. Tax ID: 20-3457913 | **Swift:** HATRUS44 | **Balance Due:** | **$665.00** |

Pay by Credit Card: www.veritext.com

229485



**ESQUIRE**
DEPOSITION SOLUTIONS

1500 Centre Pkwy
Suite 100
East Point GA 30344
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

**Invoice INV2797105**

| | |
|---|---|
| Date | 5/20/2024 |
| Terms | Net 30 |
| Due Date | 6/19/2024 |
| Client Number | C01907 |
| Esquire Office | Ft. Lauderdale |
| Proceeding Type | Deposition |
| Name of Insured | |
| Adjuster | |
| Firm Matter/File # | |
| Client VAL ID | |
| Date of Loss | |

**Bill To**
Constangy, Brooks, Smith & Prophete - Tampa
100 North Tampa Street
Suite 3350
Tampa FL 33602-5832

**Services Provided For**
Constangy Brooks Smith & Prophete - Tampa
Lyons, Angelique
100 North Tampa Street
Suite 3350
Tampa FL 33602-5832

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 5/2/2024 | J11220805 | Fort Lauderdale, FLORIDA | JOHN LAPIKAS V. MARINER SANDS COUNTRY CLUB |

| Description | Deponent | Qty | Unit Rate | Tax | Amount |
|---|---|---|---|---|---|
| TRANSCRIPT - COPY-VC-WI | Richard Orsi | 73 | 3.95 | | $288.35 |
| E-EXHIBITS B&W COPY | Richard Orsi | 7 | 0.65 | | $4.55 |
| E- EXHIBITS COLOR COPY | Richard Orsi | 83 | 0.65 | | $53.95 |
| CONDENSED TRANSCRIPT | Richard Orsi | 1 | 20.00 | | $20.00 |
| PDF-PTX-SBF-XMEF-LEF | Richard Orsi | 1 | 35.00 | | $35.00 |
| PROCESSING & COMPLIANCE | Richard Orsi | 1 | 30.00 | | $30.00 |

| | |
|---|---|
| Subtotal | 431.85 |
| Shipping Cost (n/a) | 0.00 |
| Total | $431.85 |
| Amount Due | 431.85 |

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/terms-conditions. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

Please detach and return this bottom portion with your payment or
pay online or obtain W9 at www.esquireconnect.com or to pay just this invoice with CC/ACH: Pay Now

**Remit to:**
Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099

**Federal Express, UPS or Overnight USPS:**
Esquire Deposition Solutions, LLC
Lockbox 846099
1950 N. Stemmons Freeway
Suite 5010
Dallas, TX 75208

| | |
|---|---|
| Client Name | Constangy Brooks Smith & Prophete - Tampa |
| Client # | C01907 |
| Invoice # | INV2797105 |
| Invoice Date | 5/20/2024 |
| Due Date | 6/19/2024 |
| Amount Due | $431.85 |

**Veritext Corporate Services LLC**
Tel. 973-410-4098 Email: Billing-Corp@veritext.com
Fed. Tax ID: 20-3457913



| Bill To: | | Invoice #: | 7958256 |
|---|---|---|---|
| | CNA Insurance | Invoice Date: | 12/19/2024 |
| | PO Box 8316 | Balance Due: | $0.00 |
| | Chicago, IL, 60601 | | |

**Case:** Lapikas, John v. Mariner Sands Country Club, Inc. (2314323civCANNON)  **Proceeding Type: Depositions**

Job #: 6748598  |  Job Date: 7/10/2024  |  Delivery: Normal    Claim #: NPA21367

Location:       Port Saint Lucie, FL    Insured: Kelly McGinn

Billing Atty:

Scheduling Atty:   Eric L. Craft | Constangy Brooks Smith & Prophete LLP

| | Quantity | Price | Amount |
|---|---|---|---|
| Conference Suite & Amenities | 1.00 | $435.00 | $435.00 |

| Notes: | | |
|---|---|---|
| | Invoice Total: | $435.00 |
| | Payment: | ($426.30) |
| | Credit: | ($8.70) |
| | Interest: | $0.00 |
| | Balance Due: | $0.00 |

TERMS:    Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days.  For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3457913

**Pay By ACH (Include invoice numbers):**
**A/C Name:** Veritext
**Bank Name:** BMO Harris Bank
**Account No:** 4353454 **ABA:** 071000288
**Swift:** HATRUS44

Pay by Credit Card: www.veritext.com

**Invoice #:** 7958256
**Invoice Date:** 12/19/2024
**Balance Due:** $0.00

229485

**Veritext Corporate Services LLC**

Tel. 973-410-4098 Email: Billing-Corp@veritext.com
Fed. Tax ID: 20-3457913



| Bill To: | | Invoice #: | 7552349 |
|---|---|---|---|
| | CNA Insurance | Invoice Date: | 7/11/2024 |
| | PO Box 8316 | Balance Due: | $1,329.20 |
| | Chicago, IL, 60601 | | |

**Case: Lapikas, John v. Mariner Sands Country Club, Inc. (2314323civCANNON)**   **Proceeding Type: Depositions**

Job #: 6428100   |   Job Date: 4/12/2024   |   Delivery: Normal                              Claim #: NPA21367

Location:   Port Saint Lucie, FL                                                                   Insured: Kelly McGinn

Billing Atty:

Scheduling Atty:   Angelique Groza Lyons Esq | Constangy Brooks Smith & Prophete LLP

| Witness: John Lapikas, Vol. II | Quantity | Price | Amount |
|---|---:|---:|---:|
| Transcript Services - Certified Transcript | 184.00 | $3.95 | $726.80 |
| Exhibits | 59.00 | $0.10 | $5.90 |
| **Witness: John Lapikas, Vol. 1** | **Quantity** | **Price** | **Amount** |
| Transcript Services - Certified Transcript | 150.00 | $3.95 | $592.50 |
| Exhibits | 40.00 | $0.10 | $4.00 |

| Notes: | Invoice Total: | $1,329.20 |
|---|---|---:|
| | Payment: | $0.00 |
| | Credit: | $0.00 |
| | Interest: | $0.00 |
| | Balance Due: | $1,329.20 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**THIS INVOICE IS 370 DAYS PAST DUE, PLEASE REMIT - THANK YOU**

Remit to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3457913

Pay By ACH (Include invoice numbers):
**A/C Name:** Veritext
**Bank Name:** BMO Harris Bank
**Account No:** 4353454 **ABA:** 071000288
**Swift:** HATRUS44

Pay by Credit Card: www.veritext.com

Invoice #:  7552349
Invoice Date:  7/11/2024
Balance Due:  $1,329.20

229485

**Veritext Corporate Services LLC**

Tel. 973-410-4098  Email: Billing-Corp@veritext.com
Fed. Tax ID: 20-3457913



| Bill To: | | Invoice #: | 7580759 |
|---|---|---|---|
| CNA Insurance | | Invoice Date: | 7/24/2024 |
| PO Box 8316 | | Balance Due: | $1,039.76 |
| Chicago, IL, 60601 | | | |

**Case: Lapikas, John v. Mariner Sands Country Club, Inc. (2314323civCANNON)**  **Proceeding Type: Depositions**

Job #: 6748598   |   Job Date: 7/10/2024   |   Delivery: Normal                                          Claim #: NPA21367

Location:        Port Saint Lucie, FL                                                                    Insured: Kelly McGinn

Billing Atty:

Scheduling Atty:   Eric L. Craft | Constangy Brooks Smith & Prophete LLP

| **Witness: John Moran** | Quantity | Price | Amount |
|---|---:|---:|---:|
| Transcript Services - Original Transcript(s) | 72.00 | $3.75 | $270.00 |
| Exhibits | 7.00 | $0.10 | $0.70 |
| Witness Read and Sign Services | 1.00 | $25.00 | $25.00 |
| **Witness: Richard Myers** | **Quantity** | **Price** | **Amount** |
| Transcript Services - Original Transcript(s) | 177.00 | $3.75 | $663.75 |
| Exhibits | 20.00 | $0.10 | $2.00 |
| Witness Read and Sign Services | 1.00 | $25.00 | $25.00 |
|  | **Quantity** | **Price** | **Amount** |
| Attendance - Full Day | 1.00 | $100.00 | $100.00 |
| Discount - Professional Courtesy | 1.00 | ($46.69) | ($46.69) |

**THIS INVOICE IS 357 DAYS PAST DUE, PLEASE REMIT - THANK YOU**

| **Remit to:** | **Pay By ACH (Include invoice numbers):** | **Invoice #:** 7580759 |
|---|---|---|
| Veritext | **A/C Name:** Veritext | |
| P.O. Box 71303 | **Bank Name:** BMO Harris Bank | **Invoice Date:** 7/24/2024 |
| Chicago IL 60694-1303 | **Account No:** 4353454  **ABA:** 071000288 | |
| Fed. Tax ID: 20-3457913 | **Swift:** HATRUS44 | **Balance Due:** $1,039.76 |

Pay by Credit Card: www.veritext.com

229485

**Veritext Corporate Services LLC**

Tel. 973-410-4098 Email: Billing-Corp@veritext.com
Fed. Tax ID: 20-3457913



| Notes: | Courtesy Discount Applied | **Invoice Total:** | $1,086.45 |
|---|---|---|---|
| | | **Courtesy Discounts:** | ($46.69) |
| | | **Net Total:** | $1,039.76 |
| | | **Payment:** | $0.00 |
| | | **Credit:** | $0.00 |
| | | **Interest:** | $0.00 |
| | | **Balance Due:** | $1,039.76 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**THIS INVOICE IS 357 DAYS PAST DUE, PLEASE REMIT - THANK YOU**

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3457913

**Pay By ACH (Include invoice numbers):**
**A/C Name:** Veritext
**Bank Name:** BMO Harris Bank
**Account No:** 4353454 **ABA:** 071000288
**Swift:** HATRUS44

Pay by Credit Card: www.veritext.com

**Invoice #:** 7580759
**Invoice Date:** 7/24/2024
**Balance Due:** $1,039.76

229485

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO.: 23-14323-CIV-CANNON/Maynard

JOHN LAPIKAS,

    Plaintiff,

v.

MARINER SANDS COUNTRY CLUB, INC.,

    Defendant.

_____/

BILL OF COSTS - EXHIBIT 3
FEES FOR WITNESSES

| DATE OF PAYMENT | NAME OF WITNESS | AMOUNT OF PAYMENT |
|---|---|---|
| 06/19/2024 | John Moran | $40.00 |
| 07/02/2024 | Richard Myers | $40.00 |

**TOTAL:**     **$80.00**

Williams Process Service, Inc.  **INVOICE**  Invoice #WPS-2024013148
721 US Highway 1                                         6/19/2024
Suite 121
North Palm Beach, FL 33408
Phone: (561) 881-1442
Fax: (561) 881-1672
Tax I.D.: 65-1026001

Eric L. Craft, Esquire
Constangy, Brooks, Smith & Prophete
100 North Tampa Street
Suite 3350
Tampa, FL 33602

**Case Number: Southern 23-14323-CIV-CANNON**

Plaintiff,:
**JOHN LAPIKAS,**

Defendant,:
**MARINER SANDS COUNTRY CLUB, INC.,**

Received: 6/10/2024    Served: 6/19/2024 11:55 am  .INDIVIDUAL/PERSONAL
To be served on: John Moran

**ITEMIZED LISTING**

| Line Item     | Quantity | Price | Amount |
|---------------|---------:|------:|-------:|
| Served        | 1.00     | 0.00  | 0.00   |
| Witness Fee   | 1.00     | 40.00 | 40.00  |
| Gas Surcharge | 1.00     | 3.00  | 3.00   |
| Service Fee   | 1.00     | 45.00 | 45.00  |
| TOTAL CHARGED: |         |       | $88.00 |

**BALANCE DUE:**                                         **$88.00**

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a    Page 1 / 1

Williams Process Service, Inc.  
721 US Highway 1  
Suite 121  
North Palm Beach, FL 33408  
Phone: (561) 881-1442  
Fax: (561) 881-1672  
Tax I.D.: 65-1026001  

**INVOICE**

Invoice #WPS-2024013149  
7/2/2024

Eric L. Craft, Esquire  
Constangy, Brooks, Smith & Prophete  
100 North Tampa Street  
Suite 3350  
Tampa, FL 33602  

**Case Number: Southern 23-14323-CIV-CANNON**

Plaintiff,:  
**JOHN LAPIKAS,**

Defendant,:  
**MARINER SANDS COUNTRY CLUB, INC.,**

Received: 6/10/2024   Served: 7/2/2024 9:54 am  .INDIVIDUAL/PERSONAL  
To be served on: Richard Myers

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Served | 1.00 | 0.00 | 0.00 |
| Witness Fee | 1.00 | 40.00 | 40.00 |
| Phone search | 1.00 | 25.00 | 25.00 |
| Gas Surcharge | 1.00 | 3.00 | 3.00 |
| Service Fee | 1.00 | 45.00 | 45.00 |
| TOTAL CHARGED: | | | $113.00 |

**BALANCE DUE:** **$113.00**

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a

Page 1 / 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO.: 23-14323-CIV-CANNON/Maynard

**JOHN LAPIKAS,**

    Plaintiff,

v.

**MARINER SANDS COUNTRY CLUB, INC.,**

    Defendant.
_____/

**BILL OF COSTS - EXHIBIT 4**
**COMPENSATION OF MEDIATOR**

| MEDIATOR | DATE OF PAYMENT | COST |
|---|---|---|
| Andrew Byrne | 07/16/2024 | $857.50 |

    **TOTAL:**    **$857.50**

Invoice ID: 0500-1768-3107

Andrew Byrne & Associates, P.A.
305-433-7835
801 Brickell Avenue
8th Floor
Miami, FL  33131

**Billed To**
Angelique Groza Lyons, Esq.
Constangy, Brooks, Smith & Prophete, LLP
100 North Tampa Street
Suite 3350
Tampa  33602

**Date of Issue**
07/07/2024

**Due Date**
07/07/2024

**Invoice Number**
14-0001143

**Amount Due (USD)**
$857.50

| Description | Rate | Qty | Line Total |
|---|---|---|---|
| Time<br>(Lapikas v. Mariner Sands Country Club, Inc., Case No. 23-14323 (S.D. Fla. 2023) - Mediation) Andrew Byrne – Jul 2, 2024<br>Review parties' pre-mediation statements; review case docket. | $350.00 | 1.2 | $420.00 |
| Time<br>(Lapikas v. Mariner Sands Country Club, Inc., Case No. 23-14323 (S.D. Fla. 2023) - Mediation) Andrew Byrne – Jul 3, 2024<br>Prepare for and conduct mediation; prepare and file mediator's report. | $350.00 | 3.7 | $1,295.00 |

|   |   |
|---|---|
| Subtotal | 1,715.00 |
| 50% Discount | −857.50 |
| Tax | 0.00 |
| Total | 857.50 |
| Amount Paid | 0.00 |
| Amount Due (USD) | $857.50 |

**Terms**
Thank you for your prompt payment.